IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL L. ROLLE,

    Petitioner,

v.                                                   4:17cv316–WS/EMT

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 25) docketed January 18, 2019. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be DISMISSED IN PART and DENIED IN PART. Petitioner has filed objections (ECF No. 26) to the magistrate judge's report and recommendation.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 25) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED for lack of jurisdiction to the extent it challenges the original or revocation judgment in Leon County Circuit Court Case No. 2002–CF–47.

3. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DENIED to the extent it challenges any of the judgments in Leon County Circuit Court Case No. 2002–CF–4016.

4. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is (1) DISMISSED for lack of jurisdiction to the extent it challenges the original or revocation judgment in Leon County Circuit Court Case No. 2002–CF–47; and (2) DENIED to the extent it challenges any of the judgments in Leon County Circuit Court Case No. 2002–CF–4016."

5. A certificate of appealability is DENIED.

DONE AND ORDERED this  26th  day of   March  , 2019.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE